**COMMONWEALTH of Pennsylvania,**
**Appellee**

v.

**Darren Lamont MACKLIN, Appellant**

**No. 78 MAP 2016**

Supreme Court of Pennsylvania.

ARGUED: May 9, 2017

August 22, 2017

Peter Rosalsky, Esq., Defender Association of Philadelphia, for Defender Association of Phila., Amicus Curiae.

Patrick John Connors, Esq., Steven Michael Papi, Esq., Douglas C. Roger Jr., Esq., for Macklin, Darren Lamont, Appellant.

Andrew S. Kovach, Esq., John Joseph Whelan, Esq., Delaware County District Attorney's Office, for Commonwealth of Pennsylvania, Appellee.

## ORDER

PER CURIAM

**AND NOW,** this 22nd day of August, 2017, the Order of the Superior Court is **AFFIRMED.**

Justices Donohue and Wecht did not participate in the consideration or decision of this case.